2014 Ark. 163

**In re Frank David REES.**

No. D–14–263.

Supreme Court of Arkansas.

April 10, 2014.

PER CURIAM.

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of impending disbarment proceedings, of the license of Frank David Rees of Jonesboro, in Craighead County, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on March 20, 2014, Mr. Rees acknowledges that the many rules violations he is alleged to have committed likely would be proved at trial and would constitute serious misconduct as defined in section 17.B of the Arkansas Supreme Court Procedures Regulating Professional Conduct. Mr. Rees also states that he wishes to avoid the expense, stress, and publicity of disbarment proceedings. The name of Frank David Rees shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.